**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mario GARCIA, Defendant–Appellant.**

**No. 08–30187.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 29, 2010.

Matthew F. Duggan, Ronald W. Skibbie, Esquire, Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Terence Michael Ryan, Terence Ryan Law Office, Spokane, WA, for Defendant–Appellant.

Mario Garcia, Terre Haute, IN, pro se.

Before: SILVERMAN, CALLAHAN, and NR SMITH, Circuit Judges.

**MEMORANDUM ***

Mario Garcia appeals from his the district court's denial of his 18 U.S.C. § 3582(c)(2) motion to reduce his sentence. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967), Garcia's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED.** Garcia's request for new counsel is **DENIED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

